# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE RAY GEORGE WASHINGTON BOZARTH,<br><br>    Plaintiff(s),<br><br>v.<br><br>MEADOW VALLEY JUSTICE COURT, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-01229-NJK<br><br>ORDER<br><br>[Docket No. 5] |

    Plaintiff is proceeding in this action *pro se* and submitted a complaint to initiate this case. Docket No. 1. Plaintiff has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. On August 3, 2022, the Court ordered Plaintiff to either pay the filing fee or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate. Docket No. 4.

    Plaintiff responded to that order by asking that an *in forma pauperis* application filed in another case be used in this matter. Docket No. 5.[1] The Court is not persuaded. First, Plaintiff's motion does not provide the case number for the other matter and the Court has been unable to locate the referenced application to proceed *in forma pauperis*. Second, at any rate, an *in forma pauperis* application must be filed in each case so that the Court can determine the appropriate partial filing fee based on the current circumstances. *See, e.g.*, 28 U.S.C. § 1915(b)(1).

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

Accordingly, the motion at Docket No. 5 is **DENIED**.[2]  Moreover, it is ordered that:

1. Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

2. The Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

3. Plaintiff must comply with this order no later than October 24, 2022.  Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: October 3, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] The pending motion also appears to seek other relief, but the Court will address herein only the main relief sought regarding the need to file an application to proceed *in forma pauperis*. *See, e.g.*, Local Rule IC 2-2(b).  The Court also notes the marginal legibility of the request made and cautions Plaintiff to try to be more legible in his filings moving forward.  *See* Local Rule IA 10-1(a)(2) ("Handwriting must be legible").