UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE RAY GEORGE WASHINGTON BOZARTH,<br><br>    Plaintiff(s),<br><br>v.<br><br>MEADOW VALLEY JUSTICE COURT, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-01229-MMD-NJK<br><br>ORDER<br><br>[Docket No. 9] |

Plaintiff is proceeding in this action *pro se* and submitted a complaint to initiate this case. Docket No. 1. On October 3, 2022, the Court ordered Plaintiff to "either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed in forma pauperis, including an inmate account statement for the past six months and a properly executed financial certificate." Docket No. 7 at 2; *see also* Docket No. 4. Plaintiff filed an application to proceed *in forma pauperis*, Docket No. 9, which is incomplete because it does not include a certified copy of Plaintiff's inmate account statement for the past six months, *see, e.g.*, 28 U.S.C. § 1915(b)(2) (requiring a prisoner bringing a civil complaint who seeks to proceed *in forma pauperis* to "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint").[1] Accordingly, the application to proceed *in forma pauperis* is **DENIED** as incomplete.

---

[1] Plaintiff notes that he is not an "inmate" because he is a pretrial detainee. *See, e.g.*, Docket No. 9 at 5. For purposes of § 1915, the specific requirements for a "prisoner" to proceed *in forma pauperis* apply to "any person incarcerated or <u>detained</u> in any facility who is <u>accused</u> of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h) (emphasis added). Hence, the requirements set forth herein apply to pretrial detainees.

1

The Court further **ORDERS** as follows:

1. Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

2. The Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

3. Plaintiff must comply with this order no later than November 28, 2022. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: November 4, 2022

_____
Nancy J. Koppe
United States Magistrate Judge