# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE RAY GEORGE WASHINGTON BOZARTH,<br><br>            Plaintiff(s),<br><br>v.<br><br>MEADOW VALLEY JUSTICE COURT, et al.,<br><br>            Defendant(s). | Case No. 2:22-cv-01229-MMD-NJK<br><br>ORDER<br><br>[Docket Nos. 6, 12] |

Plaintiff is proceeding in this action *pro se* and submitted a complaint to initiate this case. Docket No. 1. The Court has endeavored to have Plaintiff complete appropriate paperwork in his quest to be permitted to proceed *in forma pauperis*. Docket Nos. 4, 7, 11. Plaintiff now seeks to vacate the deadline to file a complete application to proceed *in forma pauperis*. Docket No. 12. That motion indicates that, among other things, Plaintiff has been found incompetent and is being transferred to the State's medical facility. *Id.* For good cause shown, the Court **GRANTS** the motion to vacate the *in forma pauperis* deadline. Plaintiff must promptly update his address to reflect his transfer to the medical facility. Plaintiff must also file a status report regarding his competency proceedings and status by March 8, 2023.

Plaintiff has also filed a motion for leave to amend the complaint. Docket No. 6. Once the matter of the filing fee or *in forma pauperis* application has been resolved, the Court will screen the most recent pleading on the docket. *See* 28 U.S.C. § 1915A. Accordingly, the motion for leave to amend is **DENIED** as unnecessary at this juncture.

IT IS SO ORDERED.

Dated: December 5, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1