UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| EDDIE RAY GEORGEWASHI BOZARTH, | Case No. 2:22-cv-01229-MMD-NJK |
|---|---|
| Petitioner, | ORDER |
| v. | |
| MEADOW VALLEY JUSTICE COURT, et al., | |
| Respondents. | |

Petitioner seeks an extension of time to file his response to the Court's order instructing Petitioner to file a notice. (ECF No. 20.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's first motion for enlargement of time (ECF No. 20) is granted. Petitioner has until July 17, 2023, to file his response.

DATED THIS 23rd Day of June 2023.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

1